51
550

1    COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

**FILED**

2

3    Name _Davila_ _aka_ _Russell_ _N r_

JUN 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4         (Last)           (First)          (Initial)

5    Prisoner Number _E 24551_

6    Institutional Address _PVS.P P.O. Box 8501 Coalinga_

7    _Ca 93210_

**E-filing    SI**

8

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA

**(PR)**

10   _Russell Davila_

11   (Enter the full name of plaintiff in this action.)

**CV 08    2786**

12                    vs.                     Case No. _____
                                              (To be provided by the clerk of court)
13   _Jame Yates Warden_

14                                      ) COMPLAINT UNDER THE
                                         CIVIL RIGHTS ACT,
15                                         42 U.S.C §§ 1983

16   _____ )

17   (Enter the full name of the defendant(s) in this action) )

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.    Exhaustion of Administrative Remedies

20         [Note: You must exhaust your administrative remedies before your claim can go

21         forward. The court will dismiss any unexhausted claims.]

22         A.    Place of present confinement _Mule Creek State Prison_

23         B.    Is there a grievance procedure in this institution?

24                    YES (✓)    NO ( )

25         C.    Did you present the facts in your complaint for review through the grievance

26               procedure?

27                    YES(✓)    NO ( )

28         D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal,
explain why.

1. Informal appeal ___ NO RESPONSE ___
___ The 15 days has past AND ___
___ Still No RESPONSE ___ 2. First
formal level ___ NO RESPONSE ___
___ WAY over the 15 days ___
_____

3. Second formal level ___ No RESPONSE ___
___ WAY over the 15 days ___
_____ 4 Third
formal level ___ NO RESPONSE ___
___ WAY over the 15 days ___
_____

E.    Is the last level to which you appealed the highest level of appeal available to
you?
        YES (✗)   NO ( )

F.    If you did not present your claim for review through the grievance procedure,
explain why. ___ WAY over 15 days AND No RESPONSE ___
___ Even send to Appeals Coornator No RESPONSE. ___
_____

II.   Parties

A.    Write your name and your present address. Do the same for additional plaintiffs,
if any.
___ James Yates Warden PVSP State Prison ___
___ Coalinga CA 93210 . 8504 ___
_____

B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                        -2-

1    place of employment.

2

3

4

5

6                                                                        III.

7  Statement of Claim

8        State here as briefly as possible the facts of your case. Be sure to describe how each

9  defendant is involved and to include dates, when possible. Do not give any legal arguments or

10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11 separate numbered paragraph.

12  I haue been iN Ad-Seg for OTC FRom Mule CReek

13  State PRisaw SiNfeE I haue beeN heRE ON 4/4/08

14  NO ClassificatiaN No YaNd I haue SENd INmate

15  Request foR INTeRview to Sgt MaRtize CouNSeleR

16  LT AND with Respect they say that I was otc

17  wheN iN fact my CouNt date was ON 4-21-08

18  that WAS ON A MoNday ClassificatiaN RuN ON ThuR

19  I Also had moNey SeNd to mE iN ORdeR to MAlCe it

20  to the Stare ANd Refuse to let me go stated

21  that I had No moNey ON the AccouNt that the

22  moNey that WAS SeNd to mE WAS SeNd to Mule

23  CReeK State PRisoN

24

25 IV.    Relief

26        Your complaint cannot go forward unless you request specific relief. State briefly exactly

27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28  FoR A Copy of my Ad-Seg file aNd to be pAId

COMPLAINT                          - 3 -

1  150 dollars per day with out Yard AND Canteen
2  No hygien
3        All legal Documents has to be Court
4  ORDER Since this PVSP. Refuse to give me the
5  information. When I do go back to Mule Creek State
6  Peison if Court want to be on CT TV. Not to be transferred
                                              to PVSP.
7  I declare under penalty of perjury that the foregoing is true and correct.
8
9  Signed this _____ day of __5/27_____, 20 08
10
11                    Russell Davila
12                    (Plaintiff's signature)
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE BY MAIL

I, Russell Davila                , declare;

I am at least 18 years of age, and a party / and not a party to the attached herein

cause of action. My mailing address is;

PLEASANT VALLEY STATE PRISON
FACILITY D, BUILDING 4 , CELL 221
POST OFFICE BOX 8504
COALINGA CALIFORNIA
93210-8504

On    5/27    ,20 08, I delivered to prison officials at Pleasant Valley

State Prison at the above address the following documents for mailing via the U.S.

Postal Service:

1.            IN FORMA PAUPERIS

2.          Civil Rights Act 42 USC. 1983

3.        Intal Inmate Trust Account Statement

4.            114 Ad-Seg

In a sealed envelope(s) with postage fully prepaid, addressed to:

1.        United States District Court For the Northern

          U.S. Courthouse

2.          450 Golden Gate Ave

          San Francisco Ca 94102 3483

3.

4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of   5/27/   , 2008, at Coalinga, California.

Russell Davila
Petitioner / Declarant IN PRO PER

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - ~WARDEN |
| BLUE - INMATE ~(2ND COPY) | PINK - HEALTH CARE ~MGR |
| GREEN - ASU | GOLDENROD - INMATE ~(1ST COPY) |

| INMATE'S NAME: | CDC NUMBER: |
|---|---|
| Davila, R. | E24551 |

## REASON(S) FOR PLACEMENT (PART A)

☒ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☒ ENDANGERS INSTITUTION SECURITY     ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On 4/4/2008, you arrived from MCSP for OTC housing. During the intake process it was discovered that your Central File was NOT shipped with you. As a result, your custody level, security needs, and housing status cannot be adequately assessed. For this reason you are considered a threat to Prison security and the safety of others. You are being housed in Administrative Segregation pending the disposition of legal action. Your credit earning, privilege group, custody status, and visiting privileges are subject to change. Your Mental Health status is listed as CCCMS.

CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) ☐   IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:    /    /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | | TITLE |
|---|---|---|---|---|
| 4/4/2008 | M. D. LYMAN | | A | LIEUTENANT (A) |
| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
| 4/4/2008 | 1050 hrs | R. RESER | C/o X | C/O |
| ☐ INMATE REFUSED TO SIGN | | INMATE SIGNATURE | | CDC NUMBER |
| | | X Rivild Uwill | | E24551 |

## ADMINISTRATIVE REVIEW (PART B)

The following to be completed during the initial administrative review by Captain or higher by the first working day following placement

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
| Level 4 | CCF | | |

IS THIS INMATE:

| | | | EVIDENCE COLLECTION BY ~IE UNNECESSARY | ☒ YES ☐ NO |
|---|---|---|---|---|
| LITERATE? | ☒ YES ☐ NO | | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☒ YES ☐ NO |
| FLUENT IN ENGLISH? | ☒ YES ☐ NO | | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ YES ☒ NO |
| ABLE TO COMPREHEND ISSUES? | ☒ YES ☐ NO | | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | ☐ YES |
| FREE OF MHSDS ? | ☐ YES ☒ NO | | | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | | |

Any "NO" requires SA assignment                      Any "NO" may require ~IE assignment

☐ NOT ASSIGNED                                     ☒ NOT ASSIGNED

## INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER     ☒ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

☒ NO WITNESSES REQUIRED BY INMATE        INMATE SIGNATURE        DATE  4/7/08

## WITNESSES REQUIRED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

DECISION:     ☐ RELEASE TO UNIT/FACILITY _____     ☒ RETAIN PENDING ICC REVIEW     ☐ DOUBLE CELL     ☒ SINGLE CELL PENDING

REASON FOR DECISION: ENMATE ENDANGERS INSTITUTION SECURITY. NOT ENDORSED TO PVSP

RETAIN PENDING ICC Single cell SNY

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| H. PINEDA | CAPT. | 4/7/08 | 14:45 | A. Pew |
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

See Chronological Classification Review document (CDC-128-G) for specific hearing information