**FILED**
JUN 0 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Russell Davila
_Petitioner_

James Yates Warden
_Respondent(s)_

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, Russell Davila, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

CV 08 2786

1. Are you presently employed? ☐ Yes ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _None_
      _None_

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _None_

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?    ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?               ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?     ☐ Yes  ☒ No
   d. Gifts or inheritances?                              ☐ Yes  ☒ No
   e. Any other sources?                                  ☐ Yes  ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _None_
   _None_
   _None_

3. Do you own any cash, or do you have money in a checking or savings account? _(Include any funds in prison accounts)_
   ☐ Yes ☒ No
   If the answer is yes, state the total value of the items owned: _None_
   _None_

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)
CV-69 (04/05)                                                                  Page 9 of 10

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: __NoNE__

   __NoNE__

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __NoNE__

   __NoNE__

   __NoNE__

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __5/27/08__    __Russell Dani'lo__
              Date                        Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __0__ on account to his credit at the __NoNE__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __NA__

__NA__

__NA__

_____    _____
       Date                    Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030  .701                                              REPORT DATE: 05/08/08
                                                                     PAGE NO:            1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                PLEASANT VALLEY STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: APR. 01, 2008 THRU MAY 08, 2008

ACCOUNT NUMBER : E24551                    BED/CELL NUMBER: DFB4T2000000221L
ACCOUNT NAME   : DAVILA, RUSSELL                 ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                               TRUST ACCOUNT ACTIVITY

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/07/02                         CASE NUMBER: *CC075507
COUNTY CODE: *SCL                                FINE AMOUNT: $      750.00
 DATE    TRANS.  DESCRIPTION                     TRANS. AMT.      BALANCE
 ----    ------  -----------                     -----------      -------
04/01/2008       BEGINNING BALANCE                                   750.00
04/04/08  SU01   SYS TRNSF - POS                     373.83-         376.17

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/07/02                         CASE NUMBER: CC075507
COUNTY CODE: SCL                                 FINE AMOUNT: $    5,000.00
 DATE    TRANS.  DESCRIPTION                     TRANS. AMT.      BALANCE
 ----    ------  -----------                     -----------      -------
04/01/2008       BEGINNING BALANCE                                 4,851.50
04/04/08  SU01   SYS TRNSF - POS                      42.22-       4,809.28

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY
BEGINNING         TOTAL          TOTAL         CURRENT         HOLDS      TRANSACTIONS
 BALANCE         DEPOSITS      WITHDRAWALS     BALANCE        BALANCE     TO BE POSTED
 -------         --------      -----------     -------        -------     ------------
   0.00            0.00            0.00          0.00           0.00          0.00

                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                              0.00
```

Russell Davila E.O. 551
P.V.S.P. D# 4-221 . O. Box 8501
Coalinga CA 93210

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON

**LEGAL MAIL**

United States District Court
U.S. Northern
450 Golden Gate Ave
San Francisco CA 94102-3483



**LEGAL MAIL**