UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL DAVILA,   No. C 08-2876 SI (pr)

    Plaintiff,   **ORDER OF TRANSFER**

  v.

JAMES YATES, warden,

    Defendant.

    Russell Davila filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred at the Pleasant Valley State Prison in Coalinga, California. Coalinga is in Fresno County, within the venue of the Eastern District of California. The defendant is the warden of the prison and apparently resides in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: June 6, 2008

                                            SUSAN ILLSTON
                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M MOORING, | Case Number: CV08-02876 SI |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel M. Mooring V-32956
Folsom State Prison
P.O. Box 71501
Repressa, CA 95671

Dated: June 10, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL M MOORING,

        Plaintiff,

  v.

SUPERIOR COURT OF CALIFORNIA et al,

        Defendant.

Case Number: CV08-02876 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel M. Mooring V-32956
Folsom State Prison
P.O. Box 71501
Repressa, CA 95671

Dated: June 10, 2008

                                        Richard W. Wieking, Clerk
                                        By: Tracy Sutton, Deputy Clerk