**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                                                                       General Court Number
Clerk                                                                                                              415.522.2000

June 11, 2008

USDC for the Eastern District of California
Clerk's Office
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

RE: CV 08-02786 SI (pr)  RUSSELL DAVILA-v-JAMES YATES

Dear Clerk,

      Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

        ☐    Certified copy of docket entries.

        ☐    Certified copy of Transferral Order.

        ☐    Original case file documents.

        ☒    Please access the electronic case file for all pleadings you may need.

      Please acknowledge receipt of the above documents on the attached copy of this letter.

                                    Sincerely,
                                    RICHARD W. WIEKING, Clerk

                                    /s/

                                    by:  Yumiko Saito
                                    Case Systems Administrator

Enclosures
Copies to counsel of record